**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1863**

———————

In Re: FRED W. ALLNUTT, SR.,

                                              Debtor.

———————

FRED W. ALLNUTT, SR., a/k/a Sovereign
Equipment Company, a/k/a Constitution Leasing
Association, d/b/a Allnutt Excavating, a/k/a
JFC Excavating, a/k/a Sovereign Equipment
Association,

                                Plaintiff - Appellant,

        versus

MARK J. FRIEDMAN, Chapter 11 Trustee for the
Bankruptcy Estates of Fred W. Allnutt, Sr.,

                                Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge.
(CA-99-641-WMN, BK-92-57401, AP-96-05598)

———————

Submitted: December 14, 2000        Decided: December 21, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gregory Joseph Swain, GREGORY J. SWAIN, ATTORNEY AT LAW, CHARTERED, Annapolis, Maryland, for Appellant.  Mark J. Friedman, Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred W. Allnutt, Sr., appeals the district court's order affirming the bankruptcy court's orders closing his bankruptcy case, authorizing the trustee to dispose of books and records that Allnutt failed to retrieve, and denying his request to reopen the bankruptcy estate.  Allnutt also challenges the district court's denial of his motion for reconsideration.  We have reviewed the record and the opinions below and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  In re: Allnutt, Nos. CA-99-641-WMN; BK-92-57401; AP-96-05598 (D. Md. March 14 & May 25, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED